UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM A. ZIETZKE,

          Petitioner,

    v.

UNITED STATES OF AMERICA,

          Respondent

No. MC19-0078RSL

ORDER ESTABLISHING RESPONSE
DEADLINE

On June 27, 2019, petitioner filed a motion to quash a subpoena served on Bitstamp USA, Inc. Dkt. # 1. The motion was served by certified mail on that same date. See Dkt. # 1-5. The Clerk of Court is directed to note the motion to quash on the Court's calendar for Friday, July 26, 2019. Respondent may file a response to the motion on or before Monday, July 22, 2019. Petitioner may file a reply on or before the note date.

If an opposition is filed, this matter will be given a civil action number and assigned to a United States District Judge for handling.

The failure to file a timely opposition will result in the grant of the petition without any further proceedings.

Dated this 2nd day of July, 2019.

Robert S. Lasnik
United States District Judge

ORDER ESTABLISHING RESPONSE DEADLINE - 1