AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Western | District of | Washington |
|---|---|---|

| William A. Zietzke | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING** |
| V. | **SUBSTITUTION OF ATTORNEY** |
| United States off America | |
| Defendant (s), | CASE NUMBER: 2:19-mc-00078-RSL |

Notice is hereby given that, subject to approval by the court, William A. Zietzke substitutes
                                                                    (Party (s) Name)

John M. McWilliams                          , State Bar No.  44254          as counsel of record in
(Name of New Attorney)

place of    William A. Zietzke
                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Wilson Tax Law Group

Address:        18281 Lemon Drive Yorba Linda, CA 92886

Telephone:      (949) 397-2292              Facsimile  (949) 535-2234

E-Mail (Optional):    jmcwilliams@wilsontaxlaw.com

I consent to the above substitution.

Date:    7-19-19                              _____
                                                        (Signature of Party (s))

I consent to being substituted.

Date:    7/19/19                              _____
                                                        (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    7-19-19                              _____
                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    July 22, 2019                        _____
                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]