UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM A. ZIETZKE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent

No. MC19-0078RSL

ORDER

This matter comes before the Court on William A. Zietzke's motion to quash and Internal Revenue Service summons served on third-party Bitstamp USA, Inc. The United States has opposed the requested relief. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 7th day of August, 2019.

                Robert S. Lasnik
                United States District Judge

ORDER - 1