UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM A. ZIETZKE, | CASE NO. C19-1234-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's application to extend the time to respond to the Government's motion for summary denial of petition (Dkt. No. 17). The application is GRANTED. Petitioner shall respond to the Government's motion by August 30, 2019. If it chooses to do so, the Government shall file its reply to Petitioner's response by September 6, 2019. The Clerk is DIRECTED to re-note the Government's motion (Dkt. No. 12) to September 6, 2019.

DATED this 27th day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
