THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM A. ZIETZKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CASE NO. C19-1234-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to further modify the briefing schedule on the Government's motion for summary denial of petition (Dkt. No. 21). The motion is GRANTED. Petitioner shall respond to the Government's motion by September 4, 2019. If it chooses to do so, the Government shall file its reply to Petitioner's response by September 13, 2019. The Clerk is DIRECTED to re-note the Government's motion (Dkt. No. 12) to September 13, 2019.

DATED this 3rd day of September 2019.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C19-1234-JCC
PAGE - 1